# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOHN SPEAGLE,

   Petitioner,        JUDGMENT IN A CIVIL CASE

vs.              5:09CV66-1-V

UNITED STATES OF AMERICA,

   Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2010 Order.

          Signed: April 1, 2010

         Frank G. Johns, Clerk
         United States District Court